AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Demetrius Smalls | ) |
|---|---|
| *Petitioner* | ) |
| v. | ) Civil Action No.  2:19-cv-02669-SAL |
| Kenneth Nelson, Warden of Lee County | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Petitioner, Demetrius Smalls, shall take nothing of Respondent, Kenneth Nelson, Warden of Lee County, as to the petition filed pursuant to 28 U.S.C. § 2254 and the petition is dismissed with prejudice and without an evidentiary hearing. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Sherri A Lydon, United States District Judge, presiding.  The Court having adopted
☒ the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:  April 20, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/H.Cornwell

*Signature of Clerk or Deputy Clerk*